DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of Q.C., a child.

A.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

_____

No. 2D23-1203

_____

December 1, 2023

Appeal from the Circuit Court for Pinellas County; Patrice Moore, Judge.

David J. Gregors of Astraea Law Firm, P.A., Fernandina Beach, for Appellant.

Bruce Bartlett State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Tallahassee, for Appellee Guardian ad Litem Program.


PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.